

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Search Warrant:

~~Criminal Complaint~~ 08- 3 3 - M

In re: Search Warrant
100 Hickman Road
Claymont DE 19810



### MOTION TO SEAL

The United States moves to seal the entire file in this matter until further order of the Court.

Respectfully submitted,

Colm F. Connolly
United States Attorney

By: _____
Lesley F. Wolf
Assistant U.S. Attorney

IT IS SO ORDERED this 8th day of February, 2008, that the above-captioned file is sealed until further order of the Court.

_____
Leonard P. Stark
U.S. Magistrate Judge