IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Criminal Complaint 08-33-M

In re: Search Warrant
100 Hickman Road
Claymont DE 19810

## MOTION AND ORDER TO UNSEAL SEARCH WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley Wolf, Assistant United States Attorney for the District of Delaware, moves that the Search Warrant in this case be unsealed. On February 8, 2008, such warrant was signed. At that time, the Court granted the Government's Motion to Seal until further order of the Court. There is no longer need for the matter to remain under seal. Accordingly, the Government respectfully moves that the file be unsealed in the interests of justice.

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: February 8, 2008

AND NOW, this __8th__ day of __February__, 2008, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be unsealed.

_____
Honorable Leonard P. Stark
United States Magistrate Judge