AO 93 (Rev. 5/85) Search Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/8/08 | 2/8/08 1303 HRS | @ E216 |

**INVENTORY MADE IN THE PRESENCE OF** S/A Kusheba & S/A Hnat

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

633 Cartons of Parliament Lights — No Stamps
421 Cartons of Marlboro Lights — " "
60 Cartons of Marlboro Ultra Lights 100 — " "
11 Cartons of Marlboros — " "
34 Cartons of Capri Ultra Lights — " "
17 Cartons of Virginia Slims — " "
55 Cartons of " " Lights — " "
16 Cartons of Marlboro Lights 100's — " "

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate        Date

21

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____
*[signature: Willa J Campbell]*

Subscribed, sworn to, and returned before me this date.

_____    _2-13-08_____
U.S. Judge or Magistrate                                              Date